UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:26-cr-17-CEM-NWH

PETER HOLLY

### GOVERNMENT'S DISCOVERY NOTICE

The United States, in compliance with this Court's Scheduling Order (Doc. 10) (the "Scheduling Order"), hereby notifies the Court as follows:[1]

### NOTICE

As of the date of filing this Notice, the United States has made available for inspection all discovery materials presently in the possession of government counsel that fall within Rule 16 and/or the Scheduling Order, including, but not limited to those items set forth in Paragraphs I(B) through I(W) of the Scheduling Order. The materials include documents, photographs, and any evidence seized during the arrest of the defendant.

The United States recognizes its continuing duty to disclose discovery that comes into counsel's possession after the date of this filing, and will comply with that

---

[1] ~~Specifically, the United~~ States files this Notice in compliance with Paragraph I (Y) of the Scheduling Order.

duty in accordance with the Scheduling Order.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Bianca S. Bansal
Bianca S. Bansal
Special Assistant United States Attorney
USA No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: bianca.bansal@usdoj.gov

**U.S. v. PETER HOLLY**                    **Case No. 6:26-cr-17-CEM-NWH**

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rudranath Rudy Ramjeawan, Esq.
Attorney for Defendant

/s/ *Bianca S. Bansal*
Bianca S. Bansal
Special Assistant United States Attorney
USA No. 230
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: bianca.bansal@usdoj.gov

3